| | |
|---|---|
| ACLU OF HAWAII FOUNDATION | Case No. 1:18-cv-00477-LEK-RT |
| Mateo Caballero  #10081<br>Jongwook "Wookie" Kim  #11020<br>P.O. Box 3410<br>Honolulu, Hawaii 96801<br>Telephone: (808) 522-5908<br>Facsimile: (808) 522-5909<br>E-mail: mcaballero@acluhawaii.org<br>wkim@acluhawaii.org | [CIVIL RIGHTS ACTION]<br><br>[CLASS ACTION] |

LEGAL AID AT WORK

Elizabeth Kristen, *pro hac vice*
J. Cacilia Kim, *pro hac vice*
Kim Turner, *pro hac vice*
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
E-mail: ekristen@legalaidatwork.org
ckim@legalaidatwork.org
kturner@legalaidatwork.org

SIMPSON THACHER & BARTLETT LLP

Jayma M. Meyer, *pro hac vice*
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-3935
Facsimile: (212) 455-2502
E-mail: jmeyer@stblaw.com

Harrison J. Frahn IV, *pro hac vice*
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
E-mail: hfrahn@stblaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| A.B., by her parents and next friends, C.B. and D.B., and T.T., by her parents and next friends, K.T. and S.T.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>HAWAII STATE DEPARTMENT OF EDUCATION and OAHU INTERSCHOLASTIC ASSOCIATION,<br><br>    Defendants. | Case No. 1:18-cv-00477-LEK-RT<br><br>[CIVIL RIGHTS ACTION]<br><br>**NOTICE OF APPEARANCE OF JONGWOOK "WOOKIE" KIM AS COUNSEL FOR PLAINTIFFS; CERTIFICATE OF SERVICE**<br><br>[CLASS ACTION] |

## NOTICE OF APPEARANCE OF JONGWOOK "WOOKIE" KIM AS COUNSEL FOR PLAINTIFFS

JONGWOOK "WOOKIE" KIM, of the ACLU of Hawaii Foundation, hereby gives notice of his appearance as counsel for Plaintiffs and requests to receive electronic filings via CM/ECF.

DATED: Honolulu, Hawaii, January 22, 2019.

Respectfully submitted,

/s/ Jongwook "Wookie" Kim
Jongwook "Wookie" Kim

Mateo Caballero

ACLU OF HAWAII FOUNDATION

Elizabeth Kristen
J. Cacilia Kim
Kim Turner

LEGAL AID AT WORK

Jayma M. Meyer
Harrison J. Frahn, IV

SIMPSON THACHER & BARTLETT LLP

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the NOTICE OF APPEARANCE OF JONGWOOK "WOOKIE" KIM AS COUNSEL FOR PLAINTIFFS was duly served upon the following parties in the manner specified below:

John M. Cregor                                          By CM/ECF
Hawaii State Department of Education
1390 Miller Street
Honolulu, Hawaii 96813
john.m.cregor@hawaii.gov
Attorney for Defendant Hawaii State Department of Education

Lyle S. Hosoda                                          By CM/ECF
Hosoda & Bonner, LLLC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
lsh@hosodalaw.com
Attorney for Defendant Oahu Interscholastic Association

DATED: Honolulu, Hawaii, January 22, 2019.

Respectfully submitted,

/s/ Jongwook "Wookie" Kim
Jongwook "Wookie" Kim

Mateo Caballero

ACLU OF HAWAII FOUNDATION

Elizabeth Kristen
J. Cacilia Kim
Kim Turner

LEGAL AID AT WORK

Jayma M. Meyer
Harrison J. Frahn, IV

SIMPSON THACHER & BARTLETT LLP

*Attorneys for Plaintiffs*