# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:18-CV-00477-LEK-RT |
| CASE NAME: | B. Et al v. Hawaii State Department of Education et al |
| ATTYS FOR PLA: | Mateo Caballero |
| | Jongwook Philip Kim |
| | Elizabeth Kristen, by telephone |
| | Kim Turner, by telephone |
| ATTYS FOR DEFT: | John M. Cregor Jr. |
| | Lauren Nakamura |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | No Record |
| DATE: | 01/31/2019 | TIME: | 9:00 - 9:09 |

COURT ACTION:  EP: Rule 16 Scheduling Conference

Discussion held.

Non-Jury Trial is set for February 24, 2020 @ 9:00 a.m. before Judge Kobayashi.

Court to issue a Rule 16 Scheduling Conference Order:

Dates given:

1. Non-Jury trial on February 24, 2020 at 9:00 a.m. before LEK
2. Final Pretrial Conference on January 14, 2020 at 9:00 a.m. before RT
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by January 7, 2020
5. File motions to Join/Add Parties/Amend Pleadings by July 26, 2019
6. File other Non-Dispositive Motions by November 27, 2019
7. File Dispositive Motions by September 25, 2019
8a. File Motions in Limine by February 4, 2020
8b. File opposition memo to a Motion in Limine by February 11, 2020
11a. Plaintiff's Expert Witness Disclosures by August 26, 2019
11b. Defendant's Expert Witness Disclosures by September 25, 2019
12. Discovery deadline December 27, 2019
13. Settlement Conference set for 11/21/2019 at 11:00 a.m. before RT

14. Settlement Conference statements by 11/14/2019
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A
21. File Final witness list by February 4, 2020
24. Exchange Exhibit and Demonstrative aids by January 28, 2020
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by February 4, 2020
26. By February 11, 2020 the parties shall file any objections to the admissibility of exhibits. Copies of any exhibits to which objections are made shall be attached to the objections.
27. The original set of exhibits (in individual file folders, exhibits marked, file folders labeled) and two copies (in binders, exhibits marked and tabbed) and a list of all exhibits shall be submitted to the Court the Thursday before trial.
28a. File Deposition Excerpt Designations by February 4, 2020
28b. File Deposition Counter Designations and Objections by February 11, 2020
29. File Trial Brief by February 11, 2020
30. File Findings of Fact & Conclusions of Law by February 11, 2020

Other Matters: None

Submitted by: Rachel Sharpe, Courtroom Manager

1:18-CV-00433-LEK-RT;
Kennedy Travel (Yorkshire) Limited v. Fairmont Hotels & Resorts (U.S.) Inc., et al;
Rule 16 Scheduling Conference Minutes
01/31/2019