CLARE E. CONNORS          7936
Attorney General of Hawaii

CARON M. INAGAKI          3835
JOHN M. CREGOR, JR.       3521
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Email: John M.Cregor@hawaii.gov

Attorneys for Defendant
HAWAII STATE DEPARTMENT
OF EDUCATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| A.B., by her parents and next friends, C.B. and D.B., and T.T., by her parents and next friends, K.T. and S.T.,<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII STATE DEPARTMENT OF EDUCATION and OAHU INTERSCHOLASTIC ASSOCIATION,<br><br>Defendants. | CIVIL NO. CV18-00477 LEK-RT<br><br>DEFENDANT HAWAII STATE DEPARTMENT OF EDUCATION'S **STATEMENT OF NO OPPOSITION TO DEFENDANT OAHU INTERSCHOLASTIC ASSOCIATION'S MOTION TO DISMISS PLAINTIFFS A.B., by** her parents and next friends, C.B. and D.B., and T.T., by her parents and next friends, K.T. and S.T.'s **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, FILED DECEMBER 6, 2018 (ECF 22);** CERTIFICATE OF SERVICE<br><br>TRIAL: February 24, 2020<br>JUDGE: Hon. Leslie E. Kobayashi |

DEFENDANT HAWAII STATE DEPARTMENT OF EDUCATION'S STATEMENT OF NO OPPOSITION TO DEFENDANT OAHU INTERSCHOLASTIC ASSOCIATION'S MOTION TO DISMISS PLAINTIFFS A.B., by her parents and next friends, C.B. and D.B., and T.T., by her parents and next friends, K.T. and S.T.'s COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, FILED DECEMBER 6, 2018 (ECF 22)

COMES NOW, Defendant Hawaii State Department of Education (the "DOE"), by and through its counsel, Clare E. Connors, Attorney General of the State of Hawaii, John M. Cregor and Caron M. Inagaki, Deputy Attorneys General, pursuant to Rule 7.4 of the Local Rules, hereby states that the DOE has no opposition with respect to Defendant Oahu Interscholastic Association's Motion to Dismiss Plaintiffs A.B., by her parents and next friends, C.B. and D.B., and T.T., by her parents and next friends, K.T. and S.T.'s Complaint for Declaratory and Injunctive Relief, filed December 6, 2018 (ECF 22).

DATED: Honolulu, Hawaii, March 15, 2019.

STATE OF HAWAII

CLARE E. CONNORS
Attorney General of Hawaii

/s/ John M. Cregor
JOHN M. CREGOR, JR.
Deputy Attorney General

Attorney for Defendant
HAWAII STATE DEPARTMENT OF EDUCATION

762587_1