# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 18-00477LEK-RT |
| CASE NAME: | A. B. And T. T. Vs. Hawaii State Department of Education Oahu Interscholastic Association |
| ATTYS FOR PLA: | Jongwook Philip Kim<br>Mateo Caballero |
| ATTYS FOR DEFT: | John M. Cregor, Jr.<br>Lyle S. Hosoda<br>Lauren M. Nakamura |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 04/05/2019 | TIME: | 9:45-10:03 |

COURT ACTION:  EP: [22] MOTION to Dismiss Plaintiffs A.B., by her parents and next friends, C.B. and D.B., and T.T., by her parents and next friends, K.T. and S.T.'s Complaint for Declaratory and Injunctive Relief, filed herein on December 6, 2018.

Arguments heard.  Motion is Denied and terminated.  Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager