# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 18-00477LEK-RT |
| CASE NAME: | A. B. by her parents and next friends, C.B. and D.B. next friend C. B. next friend D. B., et al. Vs. Hawaii State Department of Education, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 05/23/2019 | TIME: | |

COURT ACTION:  EO: COURT ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

On May 3, 2019, Plaintiffs A.B., by her parents and next friends, C.B. and D.B., and T.T., by her parents and next friends, K.T. and S.T. ("Plaintiffs"), filed their Motion for Class Certification ("Motion").  [Dkt. no. 59.]  The Motion is currently set for hearing on July 5, 2019 at 9:45 a.m.

On May 14, 2019, Plaintiffs and Defendants Hawaii State Department of Education ("DOE") and Oahu Interscholastic Association ("OIA") attended a status conference before the magistrate judge to discuss, *inter alia*, discovery issues and Plaintiffs' intent to file a motion for leave to amend their complaint to add an additional plaintiff.  [Minutes, filed 5/14/19 (dkt. no. 68).]  Based on these discussions, the Court HEREBY CONTINUES the July 5, 2019 hearing on the Motion to **September 20, 2019 at 9:45 a.m.**  Defendants' respective memoranda in opposition to the Motion, and Plaintiffs' optional reply, are due in the normal course.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager