HOSODA & BONNER, LLLC

| | |
|---|---|
| LYLE S. HOSODA | 3964-0 |
| ADDISON D. BONNER | 9163-0 |

Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone:    (808) 524-3700
Facsimile:    (808) 524-3838
Email:    lsh@hosodalaw.com
             adb@hosodalaw.com

Attorneys for Defendant
OAHU INTERSCHOLASTIC ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| A.B., by her parents and next friends, C.B. and D.B., and T.T., by her parents and next friends, K.T. and S.T.,<br><br>        Plaintiffs,<br><br>   vs.<br><br>HAWAII STATE DEPARTMENT OF EDUCATION AND OAHU INTERSCHOLASTIC ASSOCIATION,<br><br>        Defendants. | Civil No. 18CV-00477 LEK-RT<br><br>**DEFENDANT OAHU INTERSCHOLASTIC ASSOCIATION'S STATEMENT OF NO POSITION AS TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, FILED ON MAY 16, 2019; CERTIFICATE OF SERVICE**<br><br>HEARING:<br>Date:    June 19, 2019<br>Times:   9:00 a.m.<br>Judge:   Honorable Rom Trader<br><br>[**ECF NO. 69**] |

# DEFENDANT OAHU INTERSCHOLASTIC ASSOCIATION'S STATEMENT OF NO POSITION AS TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, FILED ON MAY 16, 2019

Defendant OAHU INTERSCHOLASTIC ASSOCIATION, by and through its attorneys, Hosoda & Bonner, LLLC, hereby submits its Statement of No Position as to Plaintiffs' Motion for Leave to File First Amended Complaint, filed herein on May 16, 2019 (ECF No. 69).

DATED:  Honolulu, Hawaii, May 29, 2019.

/s/ Lyle S. Hosoda
LYLE S. HOSODA
ADDISON D. BONNER

Attorneys for Defendant
OAHU INTERSCHOLASTIC ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| A.B., by her parents and next friends, C.B. and D.B., and T.T., by her parents and next friends, K.T. and S.T.,<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII STATE DEPARTMENT OF EDUCATION AND OAHU INTERSCHOLASTIC ASSOCIATION,<br><br>Defendants. | Civil No. 18CV-00477 LEK-RT<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date noted below, a true and correct copy of the foregoing document was duly served electronically through CM/ECF on the following parties:

      MATEO CABALLERO, ESQ.    (mcaballero@acluhawaii.org)
      JONGWOOK "WOOKIE" KIM, ESQ.  (wkim@acluhawaii.org)
      ACLU of Hawaii Foundation
      P.O. Box 3410
      Honolulu, Hawaii 96801
      -and-
      ELIZABETH KRISTEN, ESQ.    (ekristen@legalaidatwork.org)
      J. CACILIA KIM, ESQ.        (ckim@legalaidatwork.org)
      KIM TURNER, ESQ.          (kturner@legalaidatwork.org)
      Legal Aid at Work
      180 Montgomery Street, Suite 600
      San Francisco, California 94104

-and-
JAYMA M. MEYER, ESQ. (jmeyer@stblaw.com)
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
-and-
HARRISON J. FRAHN IV, ESQ. (hfrahn@stblaw.com)
Simpson Thacher & Bartlett LLP
2475 Hanover Street
Palo Alto, California 94304

Attorneys for Plaintiffs
A.B., by her parents and next friends, C.B. and D.B., and
T.T., by her parents and next friends, K.T. and S.T.

JOHN M. CREGOR, ESQ. (john.m.cregor@hawaii.gov)
CARTER K. SIU, ESQ. (carter.k.siu@hawaii.gov)
Office of the Attorney General
Civil Rights Litigation
425 Queen Street
Honolulu, Hawaii 96813

Attorneys for Defendant
HAWAII STATE DEPARTMENT OF EDUCATION

DATED: Honolulu, Hawaii, May 29, 2019.

/s/ Lyle S. Hosoda
LYLE S. HOSODA
ADDISON D. BONNER

Attorneys for Defendant
OAHU INTERSCHOLASTIC
ASSOCIATION