ACLU OF HAWAII FOUNDATION

Mateo Caballero            #10081
Jongwook "Wookie" Kim      #11020
P.O. Box 3410
Honolulu, Hawaii 96801
Telephone:  (808) 522-5908
Facsimile:  (808) 522-5909
E-mail:      mcaballero@acluhawaii.org
             wkim@acluhawaii.org

LEGAL AID AT WORK

Elizabeth Kristen, *pro hac vice*
J. Cacilia Kim, *pro hac vice*
Kim Turner, *pro hac vice*
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone:  (415) 864-8848
Facsimile:  (415) 593-0096
E-mail:      ekristen@legalaidatwork.org
             ckim@legalaidatwork.org
             kturner@legalaidatwork.org

SIMPSON THACHER & BARTLETT LLP

Jayma M. Meyer, *pro hac vice*
425 Lexington Avenue
New York, NY 10017
Telephone:  (212) 455-3935
Facsimile:  (212) 455-2502
E-mail:      jmeyer@stblaw.com

Harrison J. Frahn IV, *pro hac vice*
Wyatt A. Honse, *pro hac vice*
2475 Hanover Street
Palo Alto, California 94304
Telephone:  (650) 251-5000
Facsimile:  (650) 251-5002
E-mail:      hfrahn@stblaw.com
             wyatt.honse@stblaw.com

*Attorneys for Plaintiffs*

Case No. 1:18-cv-00477-LEK-RT

[CIVIL RIGHTS ACTION]

[CLASS ACTION]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| A.B., by her parents and next friends, C.B. and D.B., and T.T., by her parents and next friends, K.T. and S.T.,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>HAWAII STATE DEPARTMENT OF EDUCATION and OAHU INTERSCHOLASTIC ASSOCIATION,<br><br>　　　　　　　Defendants. | Case No. 1:18-cv-00477-LEK-RT<br><br>[CIVIL RIGHTS ACTION]<br><br>**CERTIFICATE OF SERVICE**<br><br>[CLASS ACTION] |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on August 21, 2019, true and correct copies of the foregoing documents were duly served upon the following parties in the following manner:

John M. Cregor                                    By CM/ECF
Office of the Attorney General-Hawaiʻi
Civil Rights Litigation
425 Queen Street
Honolulu, Hawaii 96813
john.m.cregor@hawaii.gov
Attorney for Defendant Hawaii State Department of Education

1

Lyle S. Hosoda                                              By CM/ECF
Hosoda & Bonner, LLLC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
lsh@hosodalaw.com
Attorney for Defendant Oahu Interscholastic Association

                    DATED: Honolulu, Hawaii, August 21, 2019.

                              Respectfully submitted,

                              /s/ Mateo Caballero
                              Mateo Caballero
                              Jongwook "Wookie" Kim
                              ACLU OF HAWAII FOUNDATION

                              Elizabeth Kristen
                              J. Cacilia Kim
                              Kim Turner
                              LEGAL AID AT WORK

                              Jayma M. Meyer
                              Harrison J. Frahn, IV
                              Wyatt A. Honse
                              SIMPSON THACHER & BARTLETT LLP

                              *Attorneys for Plaintiffs*