ACLU OF HAWAII FOUNDATION

Mateo Caballero            #10081
Jongwook "Wookie" Kim       #11020
P.O. Box 3410
Honolulu, Hawaii 96801
Telephone:  (808) 522-5908
Facsimile:  (808) 522-5909
E-mail:     mcaballero@acluhawaii.org
            wkim@acluhawaii.org

LEGAL AID AT WORK

Elizabeth Kristen, *pro hac vice*
J. Cacilia Kim, *pro hac vice*
Kim Turner, *pro hac vice*
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone:  (415) 864-8848
Facsimile:  (415) 593-0096
E-mail:     ekristen@legalaidatwork.org
            ckim@legalaidatwork.org
            kturner@legalaidatwork.org

SIMPSON THACHER & BARTLETT LLP

Jayma M. Meyer, *pro hac vice*
425 Lexington Avenue
New York, NY 10017
Telephone:  (212) 455-3935
Facsimile:  (212) 455-2502
E-mail:     jmeyer@stblaw.com

Harrison J. Frahn IV, *pro hac vice*
Wyatt A. Honse, *pro hac vice*
2475 Hanover Street
Palo Alto, California 94304
Telephone:  (650) 251-5000
Facsimile:  (650) 251-5002
E-mail:     hfrahn@stblaw.com
            wyatt.honse@stblaw.com

*Attorneys for Plaintiffs*

Case No. 1:18-cv-00477-LEK-RT

[CIVIL RIGHTS ACTION]

[CLASS ACTION]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| A.B. and A.M.B., by their parents and next friends, C.B. and D.B., and T.T., by her parents and next friends, K.T. and S.T.,<br><br>            Plaintiffs,<br><br>vs.<br><br>HAWAII STATE DEPARTMENT OF EDUCATION and OAHU INTERSCHOLASTIC ASSOCIATION,<br><br>            Defendants. | Case No. 1:18-cv-00477-LEK-RT<br><br>[CIVIL RIGHTS ACTION]<br><br>**CERTIFICATE OF SERVICE**<br><br>[CLASS ACTION] |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on September 6, 2019, a true and correct copy of the foregoing documents were duly served upon the following parties in the following manner:

John M. Cregor                                                                  By CM/ECF
Office of the Attorney General-Hawaiʻi
Civil Rights Litigation
425 Queen Street
Honolulu, Hawaii 96813
john.m.cregor@hawaii.gov
Attorney for Defendant Hawaii State Department of Education

Lyle S. Hosoda					By CM/ECF
Hosoda & Bonner, LLLC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
lsh@hosodalaw.com
Attorney for Defendant Oahu Interscholastic Association

DATED: Honolulu, Hawaii, September 6, 2019.

Respectfully submitted,

/s/ Mateo Caballero
Mateo Caballero
Jongwook "Wookie" Kim
ACLU OF HAWAII FOUNDATION

Elizabeth Kristen
J. Cacilia Kim
Kim Turner
LEGAL AID AT WORK

Jayma M. Meyer
Harrison J. Frahn, IV
Wyatt A. Honse
SIMPSON THACHER & BARTLETT LLP

*Attorneys for Plaintiffs*