# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 18-00477 LEK-RT |
| CASE NAME: | A. B. by her parents and next friends, C.B. and D.B., et al. v. Hawaii State Department of Education, et al. |
| ATTYS FOR PLA: | Elizabeth Kristen<br>Jayma M. Meyer<br>Mateo Caballero |
| ATTYS FOR DEFT: | Kendall J. Moser<br>William R.K. Awong<br>Lauren Nakamura<br>Lyle S. Hosoda |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 9/19/2019 | TIME: | 2:45pm-3:40pm |

COURT ACTION: EP: Hearing on [59] Plaintiffs' Motion for Class Certification was held.

Oral arguments heard.

[59] Plaintiffs' Motion for Class Certification - pending additional briefing.

Plaintiffs' supplemental briefing is due 9/26/2019.

Defendants' supplemental briefing is due 9/26/2019.

Responses from both parties are due on 10/3/2019 and shall be no more than 10 pages (excluding exhibits).

Submitted by: Shelli Mizukami, Courtroom Manager