| | |
|---|---|
| CLARE E. CONNORS | 7936 |

Attorney General of Hawaii

| | |
|---|---|
| CARON M. INAGAKI | 3835 |
| JOHN M. CREGOR, JR. | 3521 |
| KENDALL J. MOSER | 6515 |
| WILLIAM K. AWONG | 8329 |

Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
Email: Kendall.J.Moser@hawaii.gov
           William.K.Awong@hawaii.gov

Attorneys for Defendant
HAWAII STATE DEPARTMENT
OF EDUCATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| A.B. and A.M.B, by their parents and next friends, C.B. and D.B., and T.T., by her parents and next friends, K.T. and S.T., and A.P., by her parents and next friends, C.P. and M.P.,<br><br>             Plaintiffs,<br><br>     vs.<br><br>HAWAII STATE DEPARTMENT OF EDUCATION and OAHU INTERSCHOLASTIC ASSOCIATION,<br><br>             Defendants. | CIVIL NO. 18-00477 LEK-RT<br><br>DEFENDANT HAWAII STATE DEPARTMENT OF EDUCATION'S **OBJECTION TO PLAINTIFFS' MOTION TO ADMIT ELIZABETH BIXBY PRO HAC VICE FILED OCTOBER 15, 2019 [ECF 126];** CERTIFICATE OF SERVICE<br><br><br>Trial Date: October 26, 2020<br>Judge: Honorable Leslie E. Kobayashi |

784197_1

DEFENDANT HAWAII STATE DEPARTMENT OF EDUCATION'S
**OBJECTION TO PLAINTIFFS' MOTION TO ADMIT ELIZABETH
BIXBY PRO HAC VICE FILED OCTOBER 15, 2019 [ECF 126]**

COMES NOW HAWAII STATE DEPARTMENT OF EDUCATION ("DOE"), by and through its counsel, Clare E. Connors, Attorney General of the State of Hawaii, Caron M. Inagaki, Kendall J. Moser, William K. Awong and John M. Cregor, Jr., Deputy Attorneys General, and objects to Plaintiffs' Motion to Admit Elizabeth Bixby Pro Hac Vice filed October 15, 2019 ("Motion") [ECF 126].  The Court has discretion regarding admission of pro hac vice attorneys; plaintiffs already have six (6) Pro Hac Vice attorneys to date (and have a total of ten (10) counsel of record).

DATED:  Honolulu, Hawaii, October 16, 2019.

> STATE OF HAWAII
>
> CLARE E. CONNORS
> Attorney General of Hawaii
>
> /s/  WILLIAM K. AWONG
> JOHN M. CREGOR, JR.
> KENDALL J. MOSER
> WILLIAM K. AWONG
> Deputy Attorneys General
>
> Attorneys for Defendant
> HAWAII STATE DEPARTMENT
> OF EDUCATION