| | |
|---|---|
| ACLU OF HAWAII FOUNDATION | Case No. 1:18-cv-00477-LEK-RT |

Mateo Caballero            #10081
Jongwook "Wookie" Kim      #11020
P.O. Box 3410
Honolulu, Hawaii 96801
Telephone: (808) 522-5908
Facsimile: (808) 522-5909
E-mail:    mcaballero@acluhawaii.org
           wkim@acluhawaii.org

[CIVIL RIGHTS ACTION]

[CLASS ACTION]

LEGAL AID AT WORK

Elizabeth Kristen, *pro hac vice*
Kim Turner, *pro hac vice*
Elizabeth Bixby, *pro hac vice*
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
E-mail:    ekristen@legalaidatwork.org
           kturner@legalaidatwork.org
           lbixby@legalaidatwork.org

SIMPSON THACHER & BARTLETT LLP

Jayma M. Meyer, *pro hac vice*
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-3935
Facsimile: (212) 455-2502
E-mail:    jmeyer@stblaw.com

Harrison J. Frahn IV, *pro hac vice*
Wyatt A. Honse, *pro hac vice*
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
E-mail:    hfrahn@stblaw.com
           wyatt.honse@stblaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| A.B. and A.M.B, by their parents and next friends, C.B. and D.B., T.T., by her parents and next friends, K.T. and S.T., and A.P., by her parents and next friends, C.P. and M.P., <br><br>            Plaintiffs, <br><br>vs. <br><br>HAWAII STATE DEPARTMENT OF EDUCATION and OAHU INTERSCHOLASTIC ASSOCIATION, <br><br>            Defendants. | Case No. 1:18-cv-00477-LEK-RT <br><br>[CIVIL RIGHTS ACTION] <br><br>**CERTIFICATE OF SERVICE** <br><br>[CLASS ACTION] |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on December 23, 2019, a true and correct copy of PLAINTIFFS' REQUESTS FOR ADMISSION TO DEFENDANT OAHU INTERSCHOLASTIC ASSOCIATION, SET ONE was duly served upon the following parties in the following manner:

| | |
|---|---|
| John M. Cregor <br> Kendall J. Moser <br> William K. Awong <br> Office of the Attorney General-Hawaiʻi <br> Civil Rights Litigation <br> 425 Queen Street | By Email |

1

Honolulu, Hawaii 96813
john.m.cregor@hawaii.gov
Kendall.J.Moser@hawaii.gov
william.k.awong@hawaii.gov
Attorneys for Defendant Hawaii State Department of Education

Lyle S. Hosoda                                             By Email
Hosoda & Bonner, LLLC
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
lsh@hosodalaw.com
Attorney for Defendant Oahu Interscholastic Association

DATED: Honolulu, Hawaii, December 23, 2019.

Respectfully submitted,

/s/ Jongwook "Wookie" Kim
Mateo Caballero
Jongwook "Wookie" Kim
ACLU OF HAWAII FOUNDATION

Elizabeth Kristen
Kim Turner
Elizabeth Bixby
LEGAL AID AT WORK

Jayma M. Meyer
Harrison J. Frahn, IV
Wyatt A. Honse
SIMPSON THACHER & BARTLETT LLP

*Attorneys for Plaintiffs*