# MINUTES

CASE NUMBER:     1:18-CV-00477-LEK-RT

CASE NAME:       A.B. et al v. Hawaii State Department of Education et al

ATTYS FOR PLA:   Mateo Caballero
                 Kim Turner (by telephone)

ATTYS FOR DEFT:  John M. Cregor, Jr.
                 Kourtney H. L. M. Wong

---

JUDGE:    Rom Trader          REPORTER:    No Record

DATE:     03/03/2020          TIME:        9:14 - 9:29

---

COURT ACTION:  EP: STATUS CONFERENCE held.

Discussion had.

Plaintiff pursuing interlocutory appeal of Order Denying Plaintiffs' Motion for Class Certification ECF [143]. Parties anticipate the United State's Court of Appeals for the Ninth Circuit may decide whether to grant or deny an interlocutory appeal within one to four months.

Court VACATES all dates and deadlines.

Phone Status Conference set for 06/03/2020 at 9:00 a.m. before Magistrate Judge Trader. Parties to submit joint update of no more than 2 pages by 05/26/2020 regarding the status of the 9th Circuit appeal.

*Submitted by: Juliet Parker, Courtroom Manager.*