UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 01 2020

MOLLY C DWYER, CLERK
U S COURT OF APPEALS

A. B.; A. M. B., by their parents and next friends, C.B. and D.B.; T. T., by her parents and next friends, K.T. and S.T.; A. P., by her parents and next friends, C.P. and M.P,

        Plaintiffs - Appellants,

v.

HAWAII STATE DEPARTMENT OF EDUCATION; OAHU INTERSCHOLASTIC ASSOCIATION,

        Defendants - Appellees.

No. 20-15570

D.C. No. 1:18-cv-00477-LEK-RT
U.S. District Court for Hawaii, Honolulu

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Wed., April 8, 2020** | Appellants' Mediation Questionnaire due. If your registration for Appellate CM/ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Thu., April 30, 2020** | Transcript shall be ordered. |
| **Mon., June 1, 2020** | Transcript shall be filed by court reporter. |

| | |
|---|---|
| **Fri., July 10, 2020** | Appellants' opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Mon., August 10, 2020** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellants' reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellants to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Ruben Talavera
Deputy Clerk
Ninth Circuit Rule 27-7