# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 18-00477 LEK-RT |
| CASE NAME: | A.B., et al., vs. Hawai'i State Department of Education et al., |

| | |
|---|---|
| JUDGE: Leslie E. Kobayashi | DATE: 04/05/2022 |

COURT ACTION:   EO: COURT ORDER DIRECTING THE PARTIES TO MEET AND CONFER AND TO SUBMIT A JOINT STATUS LETTER

On December 31, 2019, the Order Denying Plaintiffs' Motion or Class Certification was filed ("12/31/19 Order"). [Dkt. no. 143.] Plaintiffs A.B. and A.M.B., by their parents and next friends, C.B. and D.B.; T.T., by her parents and next friends, K.T. and S.T.; and A.P., by her parents and next friends, C.P. and M.P, ("Plaintiffs") filed a petition for leave to file an interlocutory appeal from the 12/31/19 Order, and the Ninth Circuit granted the petition. See acknowledgment of receipt, filed 1/14/20 (dkt. no. 145); Order, filed 3/31/20 (dkt. no. 150). On April 4, 2022, the Ninth Circuit issued its opinion reversing the 12/31/19 Order and remanding the matter to this Court. A.B. v. Hawai`i State Dep't of Educ., No. 20-15570, 2022 WL 996575 (9th Cir. Apr. 4, 2022).

While the Ninth Circuit's mandate has yet to be issued, the parties are directed to meet and confer, and to submit a joint status letter, not more than three pages in length, advising the Court on their proposed briefing schedule for the class certification issue on remand. The joint status letter shall be submitted to the Court by **April 19, 2022**, by hand delivery, United States mail, or facsimile to (808)541-1386.

If the parties are unable to agree upon a proposed briefing schedule, they may submit separate status letters, each not more than three pages in length. The letters must include a brief statement explaining why the parties were unable to agree on a proposed briefing schedule.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager