# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:18-CV-00477-LEK-RT |
| CASE NAME: | A. B., et al. v. Hawaii State Department of Education, et al. |
| ATTYS FOR PLA: | Elizabeth Kristen<br>Jayma Meyer<br>Jongwook "Wookie" Kim* |
| ATTYS FOR DEFT: | Kendall Moser*<br>Lyle Hosoda* |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | AT&T |
| DATE: | 07/12/2022 | TIME: | 1:00 - 1:15 p.m. |

COURT ACTION:   EP: TELEPHONIC STATUS CONFERENCE held.

Discussion had regarding proposed trial setting as well as, discovery and settlement in light of District Judge Kobayashi's ECF [188] *Court Order: Vacating Post-Remand Hearing; Granting Plaintiffs' Motion for Class Certification; Lifting Stay and Reopening the Case* ("Order").  Parties request October 2023 trial date.

Plaintiffs request Court set deadline for Defendants to provide supplemental discovery responses.  Plaintiffs to provide Defendants list of outstanding discovery requests.  Defendants agree.  Court DIRECTS Defendants to provide supplemental discovery responses and initial disclosures by **8/12/2022**.  Otherwise, Court confirms prior limitations on pre-certification discovery now lifted.

Mr. Kim reports parties considering private mediation.

Court CONTINUES the Telephone Conference set for 9/14/2022 at 8:30 a.m. before Magistrate Judge Trader to **11/1/2022 at 8:30 a.m.**  No submissions required.  Parties and other participants must call-in at least five (5) minutes prior to the scheduled start time of the conference.  Call-in instructions are below:

1. Dial 1-888-363-4735.
2. Enter Access Code 2070326.

Court sets trial for **10/2/2023** before District Judge Kobayashi.  All unexpired deadlines adjusted

consistent with the new trial date.  All expired deadlines to remain closed.

Amended Rule 16 Scheduling Order to issue.

Dates given:

1. Non-jury trial on **October 2, 2023** at 9:00 a.m. before LEK
2. Telephonic Final Pretrial Conference on August 22, 2023 at 9:00 a.m. before RT
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by August 15, 2023
5. File motions to Join/Add Parties/Amend Pleadings **CLOSED**
6. File other Non-Dispositive Motions by July 5, 2023
7. File Dispositive Motions by May 3, 2023
8a. File Motions in Limine by September 12, 2023
8b. File opposition memo to a Motion in Limine by September 19, 2023
11a. Plaintiff's Expert Witness Disclosures by March 3, 2023
11b. Defendant's Expert Witness Disclosures by May 3, 2023
12. Discovery deadline August 4, 2023
13. Settlement Conference set for July 7, 2023 at 10:00 a.m. before RT
14. Settlement Conference statements by June 30, 2023
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A
21. File Final witness list by September 12, 2023
24. Exchange Exhibit and Demonstrative aids by September 5, 2023
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by September 12, 2023
26. By September 19, 2023 the parties shall file any objections to the admissibility of exhibits. Copies of any exhibits to which objections are made shall be attached to the objections.
27. The original set of exhibits (in individual file folders, exhibits marked, file folders labeled) and two copies (in binders, exhibits marked and tabbed) and a list of all exhibits shall be submitted to the Court the Thursday before trial.
28a. File Deposition Excerpt Designations by September 12, 2023
28b. File Deposition Counter Designations and Objections by September 19, 2023
29. File Trial Brief by September 19, 2023
30. File Findings of Fact & Conclusions of Law by September 19, 2023

Other Matters: None.


1:18-CV-00477-LEK-RT;
A. B., et al. v. Hawaii State Department of Education, et al.;
Rule 16 Scheduling Conference Minutes
07/12/2022