| | |
|---|---|
| ACLU OF HAWAI'I FOUNDATION | Case No. 1:18-cv-00477-LEK-RT |
| Jongwook "Wookie" Kim  #11020<br>Taylor Brack  #11121<br>P.O. Box 3410<br>Honolulu, Hawaii 96801<br>Telephone: (808) 522-5908<br>Facsimile: (808) 522-5909<br>E-mail: wkim@acluhawaii.org<br>tbrack@acluhawaii.org | [CIVIL RIGHTS ACTION]<br><br>[CLASS ACTION] |

LEGAL AID AT WORK

Elizabeth Kristen, *pro hac vice*
Lynnette Miner, *pro hac vice*
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
E-mail: ekristen@legalaidatwork.org
lminer@legalaidatwork.org

SIMPSON THACHER & BARTLETT LLP

Jayma M. Meyer, *pro hac vice*
David A. Balme, *pro hac vice*
Damian P. Gallagher, *pro hac vice*
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-3935
Facsimile: (212) 455-2502
E-mail: jmeyer@stblaw.com
david.balme@stblaw.com
damian.gallagher@stblaw.com

Harrison J. Frahn IV, *pro hac vice*
Ziwei Xiao, *pro hac vice*
Sarah H. Brim, *pro hac vice*
Pierce A. MacConaghy, *pro hac vice*
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000

Facsimile: (650) 251-5002
E-mail: hfrahn@stblaw.com
ziwei.xiao@stblaw.com
sarah.brim@stblaw.com
pierce.macconaghy@stblaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| A.B. and A.M.B, by their parents and next friends, C.B. and D.B., T.T., by her parents and next friends, K.T. and S.T., and A.P., by her parents and next friends, C.P. and M.P.,<br><br>                Plaintiffs,<br><br>vs.<br><br>HAWAII STATE DEPARTMENT OF EDUCATION and OAHU INTERSCHOLASTIC ASSOCIATION,<br><br>                Defendants. | Case No. 1:18-cv-00477-LEK-RT<br><br>[CIVIL RIGHTS ACTION]<br><br>**ORDER GRANTING JOINT MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT**<br><br>[CLASS ACTION] |

## ORDER

Upon consideration of the Joint Motion for Preliminary Approval of the Settlement Agreement ("the Motion"), and the Notice to the Class attached thereto, and for good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is ***Granted***. The Court shall (1) schedule a Fairness Hearing in February 2024; (2) set a deadline for Class Notice that is 30 days prior to the Fairness Hearing, for which Defendants shall provide Class Notice in the attached form at Defendants' expense; (3) set a

deadline for the Parties to file a joint motion for final approval of the Settlement 21 days prior to the Fairness Hearing; and (4) set a deadline for Class Members to comment on the proposed Settlement via letter to the Court postmarked 7 days prior to the Fairness Hearing.

    IT IS SO ORDERED.

    Dated:  Honolulu, Hawai'i, October 27, 2023.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge