ACLU OF HAWAI‘I FOUNDATION

Jongwook "Wookie" Kim        #11020
Taylor Brack                 #11121
P.O. Box 3410
Honolulu, Hawaii 96801
Telephone:  (808) 522-5908
Facsimile:  (808) 522-5909
E-mail:     wkim@acluhawaii.org
            tbrack@acluhawaii.org

LEGAL AID AT WORK

Elizabeth Kristen, *pro hac vice*
Lynnette Miner, *pro hac vice*
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone:  (415) 864-8848
Facsimile:  (415) 593-0096
E-mail:     ekristen@legalaidatwork.org
            lminer@legalaidatwork.org

SIMPSON THACHER & BARTLETT LLP

Jayma M. Meyer, *pro hac vice*
David A. Balme, *pro hac vice*
425 Lexington Avenue
New York, NY 10017
Telephone:  (212) 455-3935
Facsimile:  (212) 455-2502
E-mail:     jmeyer@stblaw.com
            david.balme@stblaw.com


Harrison J. Frahn IV, *pro hac vice*
Ziwei Xiao, *pro hac vice*
Sarah H. Brim, *pro hac vice*
Pierce A. MacConaghy, *pro hac vice*
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

E-mail:   hfrahn@stblaw.com
          ziwei.xiao@stblaw.com
          sarah.brim@stblaw.com
          pierce.macconaghy@stblaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| A.B. and A.M.B, by their parents and next friends, C.B. and D.B., T.T., by her parents and next friends, K.T. and S.T., and A.P., by her parents and next friends, C.P. and M.P.,<br><br>     Plaintiffs,<br><br>  vs.<br><br>HAWAII STATE DEPARTMENT OF EDUCATION and OAHU INTERSCHOLASTIC ASSOCIATION,<br><br>     Defendants. | Case No. 1:18-cv-00477-LEK-RT<br><br>[CIVIL RIGHTS ACTION]<br><br>**JOINT MOTION FOR FINAL APPROVAL OF THE SETTLEMENT AGREEMENT; MEMORANDUM IN SUPPORT OF JOINT MOTION**<br><br>[CLASS ACTION]<br><br>HEARING:<br>Date: February 16, 2024<br>Time: 10:30 a.m.<br>Judge: Honorable Leslie E. Kobayashi |

## JOINT MOTION FOR FINAL APPROVAL OF THE SETTLEMENT AGREEMENT

Named Plaintiffs, A.B. and A.M.B., by their parents and next friends, C.B. and D.B., T.T., by her parents and next friends, K.T. and S.T., and A.P., by her parents and next friends, C.P. and M.P., on behalf of themselves and the Class certified by the Court (collectively, "Plaintiffs"), by and through Class Counsel, together with Defendants Hawaii Department of Education ("DOE") and the Oahu Interscholastic Association ("OIA"), hereby move this Court for the entry of an

Order pursuant to Rule 23 of the Federal Rules of Procedure granting final approval of the proposed Settlement Agreement of this Class Action.

The proposed Settlement provides substantial benefits to the entire Class. The terms of the proposed Settlement are fully set forth in the Settlement Agreement filed herewith and summarized in the Parties' Joint Motion for Preliminary Approval of the Settlement Agreement. Dkt. 312. The Court granted preliminary approval of the Settlement Agreement on October 27, 2023. Dkt. 313.

This Motion is based upon and supported by the accompanying Memorandum in Support of the Joint Motion, the Parties' Joint Motion for Preliminary Approval of the Settlement Agreement, the exhibits attached hereto and incorporated by reference herein, and the entire record and file of this case.

Dated: January 26, 2024                    Respectfully submitted,

                                           By: /s/ Elizabeth Kristen
                                               Counsel for Plaintiffs

                                           ACLU OF HAWAII FOUNDATION
                                           Jongwook "Wookie" Kim #11020
                                           Taylor Brack #11121
                                           P.O. Box 3410
                                           Honolulu, HI 96801
                                           Telephone: (808) 522-5905
                                           Facsimile: (808) 522-5909
                                           E-mail:
                                           wkim@acluhawaii.org

tbrack@acluhawaii.org

LEGAL AID AT WORK
Elizabeth Kristen, *pro hac vice*
Lynnette Miner, *pro hac vice*
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
E-mail:
ekristen@legalaidatwork.org
lminer@legalaidatwork.org

SIMPSON THACHER & BARTLETT LLP
Jayma M. Meyer, *pro hac vice*
David A. Balme, *pro hac vice*
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-3935
Facsimile: (212) 455-2502
E-mail:
jmeyer@stblaw.com
david.balme@stblaw.com

Harrison J. Frahn IV, *pro hac vice*
Ziwei Xiao, *pro hac vice*
Sarah H. Brim, *pro hac vice*
Pierce A. MacConaghy, *pro hac vice*
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
E-mail:
hfrahn@stblaw.com
ziwei.xiao@stblaw.com
sarah.brim@stblaw.com

pierce.macconaghy@stblaw.com

| | |
|---|---|
| Dated: January 26, 2024 | ANNE E. LOPEZ   #7609<br>Attorney General of Hawaii<br><br>KENDALL J. MOSER   #6515<br>Deputy Attorneys General<br>Department of the Attorney General, State of Hawaii |
| | By: /s/ Kendall J. Moser<br>425 Queen Street<br>Honolulu, Hawaii 96813<br>Telephone: (808) 586-1494<br>Facsimile: (808) 586-1369<br>Email:<br>Kendall.J.Moser@hawaii.gov<br>Counsel for Defendant<br>Hawaii State Department of Education |
| Dated: January 26, 2024 | HOSODA LAW GROUP, LLLC<br>Lyle S. Hosoda   #3964-0<br>Kourtney H. Wong   #10827-0 |
| | By: /s/ Lyle S. Hosoda<br>Three Waterfront Plaza, Suite 499<br>500 Ala Moana Boulevard<br>Honolulu, HI 96813<br>Telephone: (808) 524-3700<br>Facsimile: (808) 524-3838<br>Email:<br>lsh@hosodalaw.com<br>khw@hosodalaw.com<br>Counsel for Defendant Oahu Interscholastic Association |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| A.B. and A.M.B, by their parents and next friends, C.B. and D.B., T.T., by her parents and next friends, K.T. and S.T., and A.P., by her parents and next friends, C.P. and M.P.,<br><br>     Plaintiffs,<br><br>   vs.<br><br>HAWAII STATE DEPARTMENT OF EDUCATION and OAHU INTERSCHOLASTIC ASSOCIATION,<br><br>     Defendants. | Case No. 1:18-cv-00477-LEK-RT<br><br>[CIVIL RIGHTS ACTION]<br><br>**MEMORANDUM IN SUPPORT OF JOINT MOTION FOR FINAL APPROVAL OF THE SETTLEMENT AGREEMENT**<br><br>[CLASS ACTION]<br><br>HEARING:<br>Date:  February 16, 2024<br>Time:  10:30 a.m.<br>Judge:  Honorable Leslie E. Kobayashi |

### MEMORANDUM IN SUPPORT OF JOINT MOTION

**I. INTRODUCTION**

Named Plaintiffs, on behalf of themselves and the Class certified by the Court, by and through Class Counsel (collectively, "Plaintiffs"), together with Defendants Hawaii Department of Education ("DOE") and the Oahu Interscholastic Association ("OIA") respectfully request that this Court enter an order granting final approval to the Parties' proposed Settlement and Release Agreement, including Exhibit A (Compliance Plan), and Exhibit B (Additional

1

Specific Terms, Oahu Interscholastic Association) (hereinafter "Settlement," attached as Exhibit 1[1]) as fair, reasonable, and adequate, pursuant to Rule 23 of the Federal Rules of Civil Procedure. The Parties also request that the Court retain exclusive and continuing jurisdiction over the Settlement for the purpose of enforcement during the Compliance and Monitoring Period, as indicated in the proposed Settlement and Release Agreement. Ex. 1 at 2.

## II. THE COURT ALREADY CONCLUDED THAT THE PROPOSED SETTLEMENT SATISFIES RULE 23

Rule 23(e) provides that a certified class's claims may be settled "only with the court's approval." The court may approve a settlement proposal binding class members "only on finding that it is fair, reasonable, and adequate." Fed. R. Civ. P. 23(e)(2). This Court has granted preliminary approval of the Settlement, without expressing any concerns regarding its terms. *See* Dkt. 313. None of the terms have since changed. Thus, it would be appropriate for the Court to make the necessary findings under Rule 23(e) for the reasons discussed in the Parties' Joint Motion for Preliminary Approval. *See* Dkt. 312 at 23-25 (discussing how Settlement meets approval standards under Rule 23(e)).[2]

---

[1] The proposed Settlement was previously attached to the Parties' Joint Motion for Preliminary Approval, Dkt. 312-1, and is attached here again for the Court's convenience. The Compliance Plan is attached as Exhibit A to Exhibit 1. Additional terms specific to OIA are attached as Exhibit B to Exhibit 1.

[2] When internal pagination conflicts with ECF pagination, the Parties refer to the latter.

2

### III. CLASS NOTICE IS UNDERWAY

When granting preliminary approval of the Settlement, the Court approved the Parties' proposed format of Class Notice and ordered Defendants to provide Class Notice at Defendants' expense by January 17, 2024. *See* Dkt. 313, 314. The Court scheduled a Fairness Hearing for February 16, 2024 and ordered that any comments on the proposed Settlement by Class Members must be sent to the Court postmarked by February 9, 2024. Dkt. 314.

The Court ordered Defendants to provide Class Notice "in the manner described in the joint motion," Dkt. 314, which was as follows:

   (1)   published in local newspapers, including but not limited to *The Honolulu Star-Advertiser* and *Midweek Oahu*;
   (2)   posted for two weeks on the daily school bulletin at Campbell High School; and
   (3)   posted on Campbell High School's bulletin boards and website, DOE's website, and OIA's website.

Dkt. 312 at 12.

The OIA posted the Class Notice on its website starting on January 11, 2024. The OIA was instructed to have the Class Notice remain published on its website until the Court hearing on February 16, 2024.

Campbell High School posted the Class Notice on its daily bulletin, its school website, and on its bulletin boards starting on January 12, 2024. Campbell High School was instructed to keep the Class Notice posted until after the fairness hearing on February 16, 2024. The DOE posted the Class Notice on its website

3

starting on January 16, 2024.  The DOE was instructed to keep the Class Notice posted until after the fairness hearing on February 16, 2024.  Due to technical problems at the *Honolulu Star-Advertiser* and *Midweek Oahu*, Class Notice was not published in the *Honolulu Star-Advertiser* until January 25, 2024, in both the print and online editions.  Due to those same technical problems, Class Notice will not be published in *Midweek Oahu* until January 31, 2024.

The Parties are unaware of any objections made by Class Members to the Settlement. Rather, the Parties have received positive feedback from Class Members regarding the Settlement. The Parties recommend the Court provide an opportunity to submit a supplemental brief if any objections arrive.

## IV. THE COURT SHOULD GRANT THE MOTION WHILE RESOLUTION OF ATTORNEYS' FEES AND COSTS IS PENDING

The issue of attorneys' fees and costs is currently pending before the Honorable Rom Trader. On January 5, 2024, the Parties prepared the joint statement as required by Local Rule 54.2(e). Dkt 316-1 at Ex. J.  Plaintiffs filed their fee motion on January 12, 2024. Dkt. 316. The OIA filed its response on January 19, 2024. Dkt. 322.  The DOE filed its joinder to the OIA's response on January 22, 2024. Dkt 323. Plaintiffs are filing their reply today. The Parties recommend that the Court grant final approval of the Settlement while the resolution of fees and costs remains pending.

4

## V. CONCLUSION

For reasons discussed above and in the Parties' Joint Motion for Preliminary Approval, Plaintiffs and Defendants respectfully request the Court grant final approval to the Settlement and retain exclusive and continuing jurisdiction over the Agreement during the Compliance and Monitoring Period—*i.e.*, until October 7, 2030, unless otherwise ordered by the Court as provided by the Agreement. Ex. 1 at 2.

Dated:  January 26, 2024                    Respectfully submitted,

                                By:  /s/ Elizabeth Kristen
                                     Counsel for Plaintiffs

                                     ACLU OF HAWAII
                                     FOUNDATION
                                     Jongwook "Wookie" Kim #11020
                                     Taylor Brack #11121
                                     P.O. Box 3410
                                     Honolulu, HI 96801
                                     Telephone: (808) 522-5905
                                     Facsimile: (808) 522-5909
                                     E-mail: wkim@acluhawaii.org
                                             tbrack@acluhawaii.org

                                     LEGAL AID AT WORK
                                     Elizabeth Kristen, *pro hac vice*
                                     Lynnette Miner, *pro hac vice*
                                     180 Montgomery Street, Suite 600
                                     San Francisco, CA 94104
                                     Telephone: (415) 864-8848
                                     Facsimile: (415) 593-0096

5

E-mail:
ekristen@legalaidatwork.org
lminer@legalaidatwork.org

SIMPSON THACHER &
BARTLETT LLP
Jayma M. Meyer, *pro hac vice*
David A. Balme, *pro hac vice*
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-3935
Facsimile: (212) 455-2502
E-mail: jmeyer@stblaw.com
david.balme@stblaw.com

Harrison J. Frahn IV, *pro hac vice*
Ziwei Xiao, *pro hac vice*
Sarah H. Brim, *pro hac vice*
Pierce A. MacConaghy, *pro hac vice*
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
E-mail: hfrahn@stblaw.com
ziwei.xiao@stblaw.com
sarah.brim@stblaw.com
pierce.macconaghy@stblaw.com

Dated: January 26, 2024

ANNE E. LOPEZ      #7609
Attorney General of Hawaii

KENDALL J. MOSER   #6515
Deputy Attorneys General
Department of the Attorney
General, State of Hawaii

By:  /s/ Kendall J. Moser
     425 Queen Street

6

                                                                Honolulu, Hawaii 96813
                                                                Telephone: (808) 586-1494
                                                                Facsimile: (808) 586-1369
                                                                Email:
                                                                Kendall.J.Moser@hawaii.gov

                                                                Counsel for Defendant
                                                               Hawaii State Department of
                                                                Education


Dated: January 26, 2024          HOSODA LAW GROUP, LLLC
                                                 Lyle S. Hosoda    #3964-0
                                                 Kourtney H. Wong    #10827-0

                                          By:  /s/ Lyle S. Hosoda
                                                 Three Waterfront Plaza, Suite 499
                                                 500 Ala Moana Boulevard
                                                 Honolulu, HI 96813
                                                 Telephone: (808) 524-3700
                                                 Facsimile: (808) 524-3838
                                                 Email: lsh@hosodalaw.com
                                                               khw@hosodalaw.com

                                                 Counsel for Defendant Oahu
                                                 Interscholastic
                                                 Association