# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:18-CV-00477-LEK-RT |
| CASE NAME: | A.B. et al vs. Hawaii State Department of Education et al |
| ATTYS FOR PLTFS: | Elizabeth Kristen (Pro Hac Vice)<br>Taylor Shantrell Brack<br>Lynnette Miner (Pro Hac Vice)<br>Jayma M. Meyer (Pro Hac Vice) |
| ATTYS FOR DEFTS: | Kendall J. Moser<br>Lyle S. Hosoda<br>Kourtney H. L. M Wong |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | ZOOM |
| DATE: | 3/27/2024 | TIME: | 11:59 AM – 12:11 PM |

COURT ACTION: EP:   TELEPHONE CONFERENCE held on 3/27/2024.

Discussion had. Parties confirm settlement in principle reached as to [ECF [316]] *Plaintiffs' Motion for an Award of Reasonable Attorney Fees, Costs and Expenses* ("Motion"). Parties drafting settlement documents. Defendant Department of Education ("DOE") will seek legislative approval concerning its portion of the settlement. Defendant Oahu Interscholastic Association's ("OIA") portion of the settlement will not require legislative approval.

Parties anticipate DOE's portion of the settlement, if approved by the legislature, may take until July or August 2024 to conclude.

To monitor status, the Court schedules a **Telephone Conference** for **5/1/2024 at 9:30 a.m.** before Magistrate Judge Trader. No submissions required. Parties and other participants must call in at least five (5) minutes prior to the scheduled start time of the conference. Call-in instructions are below:

Dial in number: 1-833-568-8864 (toll-free).
Meeting ID:    161 5641 6035.

In light of the foregoing, the Court deems the [ECF [316]] *Motion* **WITHDRAWN WITHOUT PREJUDICE**.

*Motion* is **TERMINATED**.

*Submitted by: Michael D. Cruz, Courtroom Manager*